

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2015

<u>By ECF</u>

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe
                 <u>Misc. Docket No. 15-2101</u>

Dear Judge Levy:

        A proceeding in the above referenced-case is scheduled for November 9, 2015 before Your Honor.  The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for reasons set forth therein, that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

   The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in Courtroom 11B South for November 9, 2015 at 5:00 p.m.

         Respectfully submitted,

         ROBERT L. CAPERS
         United States Attorney

   By:  /s/
         Paul Tuchmann
         Assistant U.S. Attorney
         (718) 254-6294